# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** MICHAEL R. & AMY JO DAFFERN
- **Case Number:** 16-20673-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 22, 2016  10:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

# 16 - Final Confirmation of Plan Dated 3/23/16 NFC
+ Objection By: Borough of Mt. Oliver, School District of The City Of Pittsburgh
R / M #: 16 / 0

**Appearances:**

Buchanan

- Debtor:
- Trustee: Winnecour / Bedford / (Pail) / Katz
- Creditor: Preville — Mt. Oliver & Pgh-SD

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _X_ An Amended Plan is to be served on all creditors and certificate of service filed by 10/21/16
   Objections are due on or before 11/11/16
   A hearing on the Amended Plan is set for 12/8/16 at 1:00.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

**FILED**

SEP 28 2016

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

9/14/2016    12:34:23PM