**Form 005**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Michael R. Daffern**
**Amy Jo Daffern**
  Debtor(s)

Bankruptcy Case No.: 16–20673–JAD
Chapter: 13
Related to Document No.: 16
Concil. Conf.: December 8, 2016 at 01:00 PM

## ORDER

On September 22, 2016, a Conciliation Conference was conducted on theMarch 23, 2016, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

**AND NOW,** this **28th day of September, 2016**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before October 21, 2016,** the Debtor(s) shall file and serve a copy of this **Order** and an **Amended Plan** on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*.  The Debtor(s) shall also complete and file the accompanying **Certificate of Service**.

(2) **On or before November 11, 2016,** all **Objections** to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*.  Untimely objections will not be considered.

(3) **On December 8, 2016 at 01:00 PM ,** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

(4) If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party.  Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5) Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6)

Dated: September 28, 2016

Jeffery A. Deller
United States Bankruptcy Judge

cm: Debtor
    Counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael R. Daffern                                                                          Case No. 16-20673-JAD
Amy Jo Daffern                                                                              Chapter 13
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lmar          Page 1 of 1          Date Rcvd: Sep 28, 2016
                              Form ID: 005        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2016.
db/jdb          +Michael R. Daffern,    Amy Jo Daffern,    122 Giffin Avenue,    Pittsburgh, PA 15210-2359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    M&T Bank agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brett A. Solomon    on behalf of Creditor    Ally Bank bsolomon@tuckerlaw.com,
           dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
          Jeffrey R. Hunt    on behalf of Creditor    School District of The City of Pgh. jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Mt. Oliver jhunt@grblaw.com,
           cnoroski@grblaw.com
          Matthew M. Herron    on behalf of Joint Debtor Amy Jo  Daffern mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;tmatiasic@yahoo.com
          Matthew M. Herron    on behalf of Debtor Michael R. Daffern mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;tmatiasic@yahoo.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 9