**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Michael R. Daffern
Amy Jo Daffern
      Debtors.

The Debt Doctors at Quatrini Rafferty,
      Movant,
vs.

No Respondent.

Bankruptcy No.: 16-20673-JAD
Chapter 13

Document No.:

Response Deadline: December 18, 2016
Hearing Date & Time: January 11, 2017 at 10:00 AM

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL
FEES IN CHAPTER 13 ON BEHALF OF THE DEBT DOCTORS AT QUATRINI RAFFERTY**

To All Creditors and Parties in Interest:

1. Applicant represents Michael R. Daffern and Amy Jo Daffern.

2. This is an *interim* application for the period July 30, 2015through November 21, 2016

3. Previous retainer paid to Applicant: $2,000.00

4. Previous interim compensation allowed to Applicant: $2,000.00

5. Dates and amounts of previous compensation awarded: $0.00

6. Applicant requests additional:
   Compensation of: $1,613.00
   Reimbursement of Expenses of: $20.80

7. A hearing on the Application will be held on January 11, 2017 at 10:00 AM in Courtroom D, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 before the Honorable Judge Deller.

8. Any written objections must be filed with the court and served on the Applicant on or before December 18, 2016, (fourteen (14) days from the date of this notice plus an additional 3 days if served by mail). Copies of the application are available from the Applicant.

Dated: November 21, 2016

*/s/ Matthew M. Herron*
Matthew M. Herron, Esquire
PA ID NO.: 88927
THE DEBT DOCTORS at Quatrini Rafferty
941 Penn Avenue, Suite 101
Pittsburgh, PA 15222
412-395-6001
mh@thedebtdoctors.com