**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Michael R. Daffern
Amy Jo Daffern
        Debtors.

The Debt Doctors at Quatrini Rafferty,
        Movant,
   vs.

No Respondent.

Bankruptcy No.: 16-20673-JAD
Chapter 13

Document No.:

Response Deadline: December 18, 2016
Hearing Date & Time: January 11, 2017 at 10:00 AM

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the within **Summary Cover Sheet and Notice of Hearing on Professional Fees and Application** upon the following parties, by First Class Mail, Postage Prepaid and Electronic Notification:

**Ronda J. Winnecour, Trustee**
3250 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Via electronic notice*

**U.S. Trustee**
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
*Via electronic notice*

**Michael R. Daffern**
**Amy Jo Daffern**
122 Giffin Avenue
Pittsburgh, PA 15210

And a true and correct copy of the within **Summary Cover Sheet** upon the following parties, by First Class mail, Postage Prepaid:

SEE ATTACHED MAILING MATRIX

Date of Service: November 21, 2016

*/s/   Matthew M. Herron*
Matthew M. Herron, Esquire
PA ID NO.:  88927
THE DEBT DOCTORS at Quatrini Rafferty
941 Penn Avenue
Pittsburgh, PA 15222
412-395-6001
mmh@thedebtdoctors.com

Total Labels 27Case Number:  16-20673-JAD

16-20673-JAD|Ally Bank |Tucker Arensberg, P.C.|c/o Brett A. Solomon, Esquire|1500 One PPG Place|Pittsburgh, Pa 15222-5413||
16-20673-JAD|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
16-20673-JAD|AES |2500 Broadway|PO Box 203101|Helena, MT 59620-3101| ||
16-20673-JAD|Ally Financial |PO Box 130424|Roseville, MN 55113-0004| |||
16-20673-JAD|Borough of Mt. Oliver |c/o Goehring Rutter & Boehm|    437 Grant Street, 14th Floor|    Pittsburgh, PA 15219-6101| ||
16-20673-JAD|Borough of Mt. Oliver/SD of the City of Pitt|c/o Goehring Rutter & Boehm|    437 Grant Street, 14th Floor| Pittsburgh, PA 15219-6101| ||
16-20673-JAD|Centers for Rehab Services |PO Box 536213|Pittsburgh, PA 15253-5904| |||
16-20673-JAD|Department of Education/Nelnet |3015 Parker Road, Suite 400|Aurora, CO 80014-2904| |||
16-20673-JAD|Dr. Anne Chen |2715 Brownsville Road|Pittsburgh, PA 15227-2047| |||
16-20673-JAD|Duquesne Light Company |c/o Peter J. Ashcroft,|Bernstein-Burkley, P.C.,|707 Grant St., Suite 2200, Gulf Tower,|Pittsburgh, PA 15219-1945| |
16-20673-JAD|ECMC |PO BOX 16408|St Paul, MN 55116-0408| |||
16-20673-JAD|M&T BANK|LEGAL DOCUMENT PROCESSING|1100 WHERLE DRIVE|WILLIAMSVILLE NY 14221-7748|||preferred
16-20673-JAD|MTGLQ Investors, LP |c/o Rushmore Loan Management Services|P.O. Box 52708|Irvine, CA 92619-2708| ||
16-20673-JAD|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721|||
16-20673-JAD|The CBE Group |1309 Technology Parkway|Cedar Falls, IA 50613-6976| |||
16-20673-JAD|U.S. Department of Education C/O Nelnet |121 South 13th St, Suite 201|Lincoln, NE 68508-1911| |||
16-20673-JAD|Verizon Wireless |POB 25505|Lehigh Valley, PA 18002-5505| |||
16-20673-JAD|Weltman, Weinberg & Reis |Koppers Building|436 Seventh Avenue, Ste 2500|Pittsburgh, PA 15219-1842| ||