# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** MICHAEL R. & AMY JO DAFFERN
**Case Number:** 16-20673-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, DECEMBER 08, 2016 01:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
12/12/16 3:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#38 - Amended Plan Dated 10/21/2016 - NFC
R / M #: 38 / 0

### Appearances:

Debtor: Buchanon
Trustee: Winnecour / Bedford / (Pail) / Katz
Creditor:

### Proceedings:

Wambrodt - M&T Bank

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 2/23/17 at 1:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: