# United States Bankruptcy Court
### Western District of Pennsylvania

|  |  |  |  |
|---|---|---|---|
| In re | **Michael R. Daffern**<br>**Amy Jo Daffern** | Case No. | **16-20673-JAD** |
|  | Debtor(s) | Chapter | **13** |

## Notice of Change of Address

**Creditor, AES, was previously listed on the Debtor's bankruptcy schedules with an address of:**

Name:                **AES**

Street:                **2500 Broadway, PO Box 203101**

City, State and Zip:    **Helena, MT 59620**


**Our office has been notified effective December 16, 2016, that the correct mailing address for AES is:**

Name:                **AES**

Street:                **PO Box 2461**

City, State and Zip:    **Harrisburg, PA 17105-2461**


|  |  |
|---|---|
|  | Respectfully submitted,<br>THE DEBT DOCTORS<br>At Quatrini Rafferty |
| Dated:   December 16, 2016 | By: */s/ Matthew M. Herron*<br>Matthew M. Herron, Esquire<br>PA I.D. No.:   88927<br>941 Penn Avenue, Suite 101<br>Pittsburgh, PA 15222<br>(412) 395-6001<br>mmh@thedebtdoctors.com |