IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No.  16-20673-JAD |
| Michael R. Daffern | ) | Chapter 13 |
| Amy Jo Daffern, | ) | Document No. WO-2 |
| Debtor(s). | ) | Related to Document No. |
| _____ | ) | |
| Amy Jo Daffern, | ) | |
| Movant(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Pittsburgh School District, | ) | |
| Respondent. | ) | |

## ORDER OF COURT

AND NOW, to-wit this _____ day of _____, 2017, it is hereby
ORDERED, ADJUDGED and DECREED that the above-named Debtor having filed a
Chapter 13 petition order this Court, the entity from whom the Debtor receives income:

Pittsburgh School District
Attn: Payroll/Garnishments
314 S. Bellefield Avenue
Pittsburgh, PA 15213

deduct from said income the sum of **$500.00 semi-monthly** beginning on the next pay day
following receipt of this order and deduct a similar amount each pay period thereafter,
including any period for which the Debtor receives a periodic lump sum payment as a result
of vacation, termination or other benefits arising out of present or past employment, or
from any other benefits payable to the Debtor and to remit the deductible sums on at least a
monthly basis to:

Ronda J. Winnecour
Chapter 13 Trustee, W.D. PA
P.O. Box 84051
Chicago, IL 60689-4002

IT IS FURTHER ORDERED that the Debtor's are responsible for sending directly
to the Trustee the remaining amount of their plan payment in the amount of **$1,122.67** per
month.

IT IS FURTHER ORDERED that the entity from whom the Debtor receives
income shall notify the Trustee if the Debtor's income is terminated and the reason
therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the
amounts required to be withheld for taxes, social security, insurance, pension, or union dues
be paid to the Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED THAT NO DEDUCTIONS FOR ACCOUNT OF ANY GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF SAID DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS ORDERED BY ANY OTHER COURT.

IT IS FURTHER ORDERED that this order supercedes previous orders made to the subject entity in this case.

IT IS FURTHER ORDERED that the entity from whom the Debtor receives income shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to the Court.

FURTHER ORDERED:

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.

Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

_____J.