**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-20673-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Michael R. Daffern<br>122 Giffin Avenue<br>Pittsburgh PA 15210 | Amy Jo Daffern<br>122 Giffin Avenue<br>Pittsburgh PA 15210 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/28/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Ally Financial, PO Box 130424, Roseville, MN 55113 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/03/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael R. Daffern
Amy Jo Daffern
    Debtors

Case No. 16-20673-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: May 01, 2017
                       Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14200554     +E-mail/Text: ally@ebn.phinsolutions.com May 02 2017 03:27:01     Ally Financial,
         PO Box 130424,   Roseville, MN 55113-0004
                                                                                                                                                            TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:
          Andrew F Gornall   on behalf of Creditor   M&T Bank agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brett A. Solomon   on behalf of Creditor   Ally Bank bsolomon@tuckerlaw.com,
           dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
          Danielle Boyle-Ebersole   on behalf of Creditor   MTGLQ Investors, LP c/o Rushmore Loan Management Services debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
          James Warmbrodt   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor   School District of The City of Pgh. jhunt@grblaw.com, cnoroski@grblaw.com
          Jeffrey R. Hunt   on behalf of Creditor   Borough of Mt. Oliver jhunt@grblaw.com, cnoroski@grblaw.com
          Matthew M. Herron   on behalf of Attorney   The Debt Doctors at Quatrini Rafferty mmh@thedebtdoctors.com,   hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Matthew M. Herron   on behalf of Joint Debtor Amy Jo  Daffern mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Matthew M. Herron   on behalf of Debtor Michael R. Daffern mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                                                                                                TOTAL: 12