## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Michael R. Daffern and<br>Amy Jo Daffern,<br>    Debtors. | Bankruptcy No.: 16-20673-JAD<br><br>Chapter 13 |
| _____<br>Michael R. Daffern and<br>Amy Jo Daffern,<br>    Movants, | Document No.:<br><br>Related to Claim No.: 1 |

v.

M&T Bank, and
Ronda J. Winnecour, Chapter 13 Trustee,
    Respondents.

### CERTIFICATE OF SERVICE

I, Matthew M. Herron, of The Debt Doctors at QuatriniRafferty, 941 Penn Avenue, Suite 101, Pittsburgh, PA 15222, certify as follows:

That I am and at all times hereinafter mentioned more than 18 years of age:

That on the 24th day of January 2018

I served a copy of:     **ORDER DATED 1/23/2018, NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN and the AMENDED PLAN DATED 1/22/2018**

RE:    Michael R. Daffern                  Case No.: 16-20673-JAD
       Amy Jo Daffern                       Chapter 13

ON:    THE FOLLOWING CREDITORS AND THE ATTACHED MAILING MATRIX

Ronda Winnecour, Trustee          US Trustee
3250 USX Tower                    970 Liberty Center
600 Grant Street                  1001 Liberty Avenue
Pittsburgh, PA 15219              Pittsburgh, PA 15222
cmecf@chapter13trusteewdpa.com    ustpregion03.pi.ecf@usdoj.gov
*Via electronic notification*     *Via electronic notification*

BY:    Regular First Class U.S. Mail and Electronic Notification

I certify under the penalty of perjury that the foregoing is true and correct.

Date: January 24, 2018                    __/s/ *Matthew M. Herron*___
                                          Matthew M. Herron, Esq.
                                          PA ID No.: 88927
                                          The Debt Doctors at QuatriniRafferty
                                          941 Penn Avenue, Suite 101
                                          Pittsburgh, PA 15222
                                          (412) 395-6001

16-20673-JAD|Ally Bank |Tucker Arensberg, P.C.|c/o Brett A. Solomon, Esquire|1500 One PPG Place|Pittsburgh, Pa 15222-5413||
16-20673-JAD|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
16-20673-JAD|AES |2500 Broadway|PO Box 203101|Helena, MT 59620-3101| ||
16-20673-JAD|Ally Financial |PO Box 130424|Roseville, MN 55113-0004| |||
16-20673-JAD|Borough of Mt. Oliver |c/o Goehring Rutter & Boehm|    437 Grant Street, 14th Floor|    Pittsburgh, PA 15219-6101| ||
16-20673-JAD|Borough of Mt. Oliver/SD of the City of Pitt|c/o Goehring Rutter & Boehm|    437 Grant Street, 14th Floor|    Pittsburgh, PA 15219-6101| ||
16-20673-JAD|Centers for Rehab Services |PO Box 536213|Pittsburgh, PA 15253-5904| |||
16-20673-JAD|Department of Education/Nelnet |3015 Parker Road, Suite 400|Aurora, CO 80014-2904| |||
16-20673-JAD|Dr. Anne Chen |2715 Brownsville Road|Pittsburgh, PA 15227-2047| |||
16-20673-JAD|Duquesne Light Company |c/o Peter J. Ashcroft,|Bernstein-Burkley, P.C.,|707 Grant St., Suite 2200, Gulf Tower,|Pittsburgh, PA 15219-1945| |
16-20673-JAD|ECMC |PO BOX 16408|St Paul, MN 55116-0408| |||
16-20673-JAD|M&T BANK|LEGAL DOCUMENT PROCESSING|1100 WHERLE DRIVE|WILLIAMSVILLE NY 14221-7748|||preferred
16-20673-JAD|MTGLQ Investors, LP |c/o Rushmore Loan Management Services|P.O. Box 52708|Irvine, CA 92619-2708| ||
16-20673-JAD|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721|||
16-20673-JAD|The CBE Group |1309 Technology Parkway|Cedar Falls, IA 50613-6976| |||
16-20673-JAD|U.S. Department of Education C/O Nelnet |121 South 13th St, Suite 201|Lincoln, NE 68508-1911| |||
16-20673-JAD|Verizon Wireless |POB 25505|Lehigh Valley, PA 18002-5505| |||
16-20673-JAD|Weltman, Weinberg & Reis |Koppers Building|436 Seventh Avenue, Ste 2500|Pittsburgh, PA 15219-1842|