IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Michael R. Daffern ) | Bankruptcy No. 16-20673-JAD |
| Amy Jo Daffern, ) | |
| Debtor(s). ) | Chapter 13 |
| ) | |
| Amy Jo Daffern, ) | Related To Doc. No. 72 |
| Movant(s), ) | |
| ) | WO-2 |
| v. ) | |
| ) | |
| Pittsburgh School District, ) | |
| Respondent. ) | |

### ORDER OF COURT

AND NOW, to-wit this 31st day of August, 2018, it is hereby ORDERED, ADJUDGED and DECREED that the above-named Debtor having filed a Chapter 13 petition order this Court, the entity from whom the Debtor receives income:

Pittsburgh School District
Attn: Payroll/Garnishments
314 S. Bellefield Avenue
Pittsburgh, PA 15213

deduct from said income the sum of **$787.50 semi-monthly** beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums on at least a monthly basis to:

Ronda J. Winnecour
Chapter 13 Trustee, W.D. PA
P.O. Box 84051
Chicago, IL 60689-4002

IT IS FURTHER ORDERED that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

   IT IS FURTHER ORDERED THAT NO DEDUCTIONS FOR ACCOUNT OF ANY GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF SAID DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS ORDERED BY ANY OTHER COURT.

   IT IS FURTHER ORDERED that this order supercedes previous orders made to the subject entity in this case.

   IT IS FURTHER ORDERED that the entity from whom the Debtor receives income shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to the Court.

   IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.

   Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

_____
JEFFERY A. DELLER  mas
U.S. BANKRUPTCY JUDGE

CASE ADMINISTRATOR SHALL SERVE:
 Michael R. and Amy Jo Daffern
 Matthew M. Herron, Esquire
 Pittsburgh School District
 Ronda J. Winnecour, Esquire
 Office of United States Trustee

FILED
8/31/18 7:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael R. Daffern
Amy Jo Daffern
    Debtors

Case No. 16-20673-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: msch    Page 1 of 1    Date Rcvd: Aug 31, 2018
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2018.
db/jdb    +Michael R. Daffern,   Amy Jo Daffern,   122 Giffin Avenue,   Pittsburgh, PA 15210-2359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr    School District of The City of Pgh.
    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2018 at the address(es) listed below:
    Andrew F Gornall   on behalf of Creditor   M&T Bank andygornall@latouflawfirm.com
    Brett A. Solomon   on behalf of Creditor   Ally Bank bsolomon@tuckerlaw.com,
     agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
    Danielle Boyle-Ebersole   on behalf of Creditor   MTGLQ Investors, LP c/o Rushmore Loan
     Management Services debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
    James Warmbrodt   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
    Jeffrey R. Hunt   on behalf of Creditor   School District of The City of Pgh. jhunt@grblaw.com,
     cnoroski@grblaw.com
    Jeffrey R. Hunt   on behalf of Creditor   Borough of Mt. Oliver jhunt@grblaw.com,
     cnoroski@grblaw.com
    Matthew M. Herron   on behalf of Joint Debtor Amy Jo Daffern mmh@thedebtdoctors.com,
     hgs@thedebtdoctors.com;alb@thedebtdoctors.com
    Matthew M. Herron   on behalf of Debtor Michael R. Daffern mmh@thedebtdoctors.com,
     hgs@thedebtdoctors.com;alb@thedebtdoctors.com
    Matthew M. Herron   on behalf of Attorney   The Debt Doctors at Quatrini Rafferty
     mmh@thedebtdoctors.com,  hgs@thedebtdoctors.com;alb@thedebtdoctors.com
    Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
    Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
     ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
    Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
    TOTAL: 12