IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Michael R. Daffern ) | Bankruptcy No. 16-20673-JAD |
| Amy Jo Daffern, ) | |
| Debtor(s). ) | Chapter 13 |
| ) | |
| Michael R. Daffern, ) | Related To Doc. No. 73 |
| Movant(s), ) | |
| ) | |
| v. ) | |
| ) | Document No.   WO-1 |
| Genuine Parts Company, ) | |
| Respondent. ) | |

## ORDER OF COURT

AND NOW, this 31st day of August, 2018, it is hereby **ORDERED, ADJUDGED** and **DECREED** that

> Genuine Parts Company
> Attn: Payroll Department
> 3100 Windy Hill Road
> Atlanta, GA 30339
>
> Re: Employee ID #318344

is hereby ordered to *immediately* terminate the attachment of wages of MICHAEL R. DAFFERN. No future payments are to be sent to Ronda J. Winnecour, Chapter `13 Trustee, on behalf of MICHAEL R. DAFFERN.

Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
   Michael R. and Amy Jo Daffern
   Matthew M. Herron, Esquire
   Genuine Parts Company
   Ronda J. Winnecour, Esquire
   Office of United States Trustee

FILED
8/31/18 7:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-20673-JAD
Michael R. Daffern                                              Chapter 13
Amy Jo Daffern
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: msch                 Page 1 of 1                  Date Rcvd: Aug 31, 2018
                               Form ID: pdf900            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2018.
```
db/jdb         +Michael R. Daffern,    Amy Jo Daffern,   122 Giffin Avenue,    Pittsburgh, PA 15210-2359
               +Genuine Parts Company,   Attn: Payroll Department,   3100 Windy Hill Road,
                 Atlanta, GA 30339-5605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    M&T Bank andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Bank bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Danielle Boyle-Ebersole    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              James Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    School District of The City of Pgh. jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Mt. Oliver jhunt@grblaw.com,
               cnoroski@grblaw.com
              Matthew M. Herron     on behalf of Joint Debtor Amy Jo  Daffern mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron     on behalf of Debtor Michael R. Daffern mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron     on behalf of Attorney    The Debt Doctors at Quatrini Rafferty
               mmh@thedebtdoctors.com,    hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12
```