# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/15/19 2:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

| | |
|---|---|
| Michael R. Daffern and Amy Jo Daffern, Debtors. | ) ) ) ) ) | BANKRUPTCY NO. 16-20673-JAD<br><br>CHAPTER 13<br><br>RELATED TO DOC. NO. 78 |
| VINCENT J. QUATRINI, JR., ESQ. and MATTHEW M. HERRON, ESQ., Movants, | ) ) ) ) ) | |
| vs. | ) ) | |
| No Respondents. | ) | |

## CONSENT ORDER OF COURT CHANGING PAYEE AND AUTHORIZING DISTRIBUTION BY CHAPTER 13 TRUSTEE OF ATTORNEY'S FEES

This matter comes before the Court as the parties, Quatrini Rafferty, P.C. and The Debt Doctors, LLC (the "Parties"), have terminated their joint venture, the Debt Doctors at Quatrini Rafferty (the "Joint Venture"). Pursuant to the Parties Settlement Agreement, ending the Joint Venture, Matthew M. Herron, Esq. ("Herron") and the Debt Doctors, LLC ("the Debt Doctors") will remain counsel of record and will continue to be the primary counsel in the above-referenced case. Herron and the Debt Doctors will ensure that the Debtor is represented and that the case will proceed as planned. The Parties respectfully request that the Chapter 13 Trustee distribute all present and future Joint Venture attorney's fees and receivables to the Debt Doctors. It is hereby ORDERED as follows:

(1) The Trustee shall distribute, as soon as practical, all funds on hand for The Debt Doctors at Quatrini Rafferty payable to The Debt Doctors, LLC in the above-referenced case. The fees should be paid to The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232.

(2) All future fee applications, allowed attorney's fees and/or receivables shall be paid to the Debt Doctors, LLC at the address above.

(3) Upon distribution of the attorney's fees for the Debt Doctors at Quatrini Rafferty to The Debt Doctors, LLC, neither the Chapter 13 Trustee nor the above-named estate shall bear any further responsibility for the distribution of the remaining fees between the Parties.

(4) No additional fees will be charged to the estate related to this Order.

DATED this 15th day of April, 2019.

_____ mas
Jeffery A. Deller
U.S. Bankruptcy Judge

Consented to by:

/s/ *Matthew M. Herron*
Matthew M. Herron, Esq.
PA ID No.: 88927
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
(412) 395-6001
mmh@thedebtdoctors.com

/s/ *Vincent J. Quatrini, Jr.*
Vincent J. Quatrini, Jr., Esq.
PA ID No.: 19908
Quatrini Rafferty, P.C.
550 East Pittsburgh Street
Greensburg, PA 15601
(724) 837-0080
vjq@qrlegal.com

Counsel for the Chapter 13 Trustee:

/s/*Jana S. Pail*
Jana S. Pail, Esq.
PA ID No.: 88910
Attorney for the Chapter13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
jpail@chapter13trusteewdpa.com

{W0539049.1}

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael R. Daffern  
Amy Jo Daffern  
    Debtors

Case No. 16-20673-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: Apr 15, 2019  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2019.
+Vincent J. Quatrini, Jr.,   550 East Pittsburgh Street,   Greensburg, PA 15601-2674

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2019 at the address(es) listed below:
       Andrew F Gornall    on behalf of Creditor    M&T Bank andygornall@latouflawfirm.com
       Brett A. Solomon    on behalf of Creditor    Ally Bank bsolomon@tuckerlaw.com,
        agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
       Danielle Boyle-Ebersole    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan
        Management Services debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
       James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
       Jeffrey R. Hunt    on behalf of Creditor    School District of The City of Pgh. jhunt@grblaw.com,
        cnoroski@grblaw.com
       Jeffrey R. Hunt    on behalf of Creditor    Borough of Mt. Oliver jhunt@grblaw.com,
        cnoroski@grblaw.com
       Matthew M. Herron    on behalf of Debtor Michael R. Daffern mmh@thedebtdoctors.com,
        hgs@thedebtdoctors.com;alb@thedebtdoctors.com
       Matthew M. Herron    on behalf of Attorney    The Debt Doctors at Quatrini Rafferty
        mmh@thedebtdoctors.com,   hgs@thedebtdoctors.com;alb@thedebtdoctors.com
       Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
        hgs@thedebtdoctors.com;alb@thedebtdoctors.com
       Matthew M. Herron    on behalf of Joint Debtor Amy Jo  Daffern mmh@thedebtdoctors.com,
        hgs@thedebtdoctors.com;alb@thedebtdoctors.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
        ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                      TOTAL: 13