**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| Michael R. Daffern and Amy Jo Daffern,<br>　　　Debtors. | Case No.: 16-20673-JAD<br>Chapter 13 |
| Michael R. Daffern and Amy Jo Daffern,<br>　　　Movants,<br>v.<br><br>AES<br>Ally Financial<br>Borough of Mt. Oliver<br>Centers for Rehab Services<br>Department of Education/Nelnet<br>Dr. Anne Chen<br>Duquesne Light Company<br>ECMC<br>M&T Bank<br>MTGLQ Investors, LP<br>c/o Rushmore Loan Management Services<br>Portfolio Recovery Associates, LLC<br>PRA Receivables Management, LLC<br>School District of the City of Pittsburgh<br>The CBE Group<br>U.S. Department of Education<br>Verizon Wireless<br>Weltman, Weinberg & Reis<br>The United States Trustee and<br>Ronda J. Winnecour, Esq., Trustee,<br>　　　Respondents. | Dkt. No.:<br><br>Response Deadline: 07/25/2019<br>Hearing Date/Time: 08/07/2019<br>at 10:00 AM |

**CERTIFICATE OF NO OBJECTION TO THE
MOTION TO OBTAIN VEHICLE FINANCING**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Obtain Vehicle Financing has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Obtain Vehicle Financing appears thereon. Pursuant to the Notice of Hearing, responses to the Motion to Obtain Vehicle Financing were to be filed and served no later than July 25, 2019.

It is hereby respectfully requested that the Order attached to the Motion to Obtain Vehicle Financing be entered by the Court.

Date:   July 26, 2019 　　　　　　　　　　　　　　　　　　　/s/ Matthew M. Herron
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Matthew M. Herron, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PA ID No. 88927
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　THE DEBT DOCTORS, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　607 College Street, Suite 101
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15232
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　412-395-6001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　mmh@thedebtdoctors.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR THE DEBTORS