FILED
7/31/19 7:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Michael R. Daffern and            )
Amy Jo Daffern,                   )
    Debtors.                     )
_____)
Michael R. Daffern and            )
Amy Jo Daffern,                   )
    Movants,                     )
                                  )
v.                                )
                                  )
AES                               )
Ally Financial                    )
Borough of Mt. Oliver             )
Centers for Rehab Services        )
Department of Education/Nelnet    )
Dr. Anne Chen                     )
Duquesne Light Company            )
ECMC                              )
M&T Bank                          )
MTGLQ Investors, LP               )
c/o Rushmore Loan Management Services )
Portfolio Recovery Associates, LLC )
PRA Receivables Management, LLC   )
School District of the City of Pittsburgh )
The CBE Group                     )
U.S. Department of Education      )
Verizon Wireless                  )
Weltman, Weinberg & Reis          )
The United States Trustee and     )
Ronda J. Winnecour, Esq., Trustee, )
    Respondents.                 )

**DEFAULT O/E JAD**

Bankruptcy No. 16-20673-JAD

Chapter 13

Related To Doc. No. 81

## ORDER

AND NOW, this 30th day of July, 2019, upon consideration of the Motion of the debtors, Michael R. Daffern and Amy Jo Daffern, for post-petition financing in accordance with 11 U.S.C. § 1305 it is hereby **ORDERED, ADJUDGED and DECREED** that the request to allow the Debtors to obtain a loan in the amount of $20,000.00, or less, at an interest rate not to exceed 21%, at a loan amortized over no longer than 72 months as consistent with the terms set forth in the Motion is *APPROVED.*

It is **FURTHER ORDERED** that the Debtors shall file a Report of Financing within fourteen (14) days of the closing date of the loan.

BY THE COURT:

_____
Jeffery A. Deller
United States Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
Michael R. and Amy Jo Daffern
Matthew M. Herron, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael R. Daffern
Amy Jo Daffern
    Debtors

Case No. 16-20673-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: aala    Page 1 of 1    Date Rcvd: Jul 31, 2019
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.
db/jdb       +Michael R. Daffern,    Amy Jo Daffern,    122 Giffin Avenue,    Pittsburgh, PA 15210-2359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.       TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2019 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    M&T Bank andygornall@latouflawfirm.com
      Brett A. Solomon    on behalf of Creditor    Ally Bank bsolomon@tuckerlaw.com,
       agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
      Danielle Boyle-Ebersole    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan
       Management Services debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
      James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    School District of The City of Pgh. jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Borough of Mt. Oliver jhunt@grblaw.com,
       cnoroski@grblaw.com
      Matthew M. Herron    on behalf of Joint Debtor Amy Jo Daffern mmh@thedebtdoctors.com,
       hgs@thedebtdoctors.com;alb@thedebtdoctors.com
      Matthew M. Herron    on behalf of Debtor Michael R. Daffern mmh@thedebtdoctors.com,
       hgs@thedebtdoctors.com;alb@thedebtdoctors.com
      Matthew M. Herron    on behalf of Attorney    The Debt Doctors at Quatrini Rafferty
       mmh@thedebtdoctors.com,    hgs@thedebtdoctors.com;alb@thedebtdoctors.com
      Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
       hgs@thedebtdoctors.com;alb@thedebtdoctors.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                      TOTAL: 13