**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| Michael R. Daffern and<br>Amy Jo Daffern,<br>　　　Debtors. | Bankruptcy No.: 16-20673-JAD<br><br>Chapter 13 |
| _____<br>Michael R. Daffern and<br>Amy Jo Daffern,<br>　　　Movants, | Document No.:<br><br>Related to Claim No.: 2 |
| v. | |
| American Credit Acceptance, LLC,<br>Portfolio Recovery Associates, LLC and<br>Ronda J. Winnecour, Chapter 13 Trustee,<br>　　　Respondents. | |

## CERTIFICATE OF SERVICE

I, Matthew M. Herron, of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, certify as follows:

That I am and at all times hereinafter mentioned more than 18 years of age:

That on the 16th day of September 2019

I served a copy of:　**ORDER DATED 9/13/2019, NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN and the AMENDED PLAN DATED 9/13/2019**

RE:　Michael R. Daffern　　　　　　　　　　Case No.: 16-20673-JAD
　　　Amy Jo Daffern　　　　　　　　　　　　Chapter 13

ON:　THE FOLLOWING CREDITORS AND THE ATTACHED MAILING MATRIX

Ronda Winnecour, Trustee　　　　　　　　　US Trustee
3250 USX Tower　　　　　　　　　　　　　　970 Liberty Center
600 Grant Street　　　　　　　　　　　　　　1001 Liberty Avenue
Pittsburgh, PA 15219　　　　　　　　　　　　Pittsburgh, PA 15222
cmecf@chapter13trusteewdpa.com　　　　　ustpregion03.pi.ecf@usdoj.gov
*Via electronic notification*　　　　　　　　　　*Via electronic notification*

BY:　Regular First Class U.S. Mail and Electronic Notification

I certify under the penalty of perjury that the foregoing is true and correct.

Date:  September 16, 2019　　　　　　　　　　　　　　　　__/s/ *Matthew M. Herron*__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Matthew M. Herron, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PA ID No.: 88927
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　The Debt Doctors, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　607 College Street, Suite 101
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15232
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(412) 395-6001

16-20673-JAD|Ally Bank |Tucker Arensberg, P.C.|c/o Brett A. Solomon, Esquire|1500 One PPG Place|Pittsburgh, Pa 15222-5413||
16-20673-JAD|MTGLQ Investors, LP c/o Rushmore Loan Manage| |||||undeliverable
16-20673-JAD|PRA Receivables Management, LLC |PO Box 41067|Norfolk, VA 23541-1067||||
16-20673-JAD|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
16-20673-JAD|AES |PO BOX 2461|Harrisburg, PA 17105-2461| |||
16-20673-JAD|Ally Financial |PO Box 130424|Roseville, MN 55113-0004| |||
16-20673-JAD|Borough of Mt. Oliver |c/o Goehring Rutter & Boehm|    437 Grant Street, 14th Floor|    Pittsburgh, PA 15219-6101| ||
16-20673-JAD|Borough of Mt. Oliver/SD of the City of Pitt|c/o Goehring Rutter & Boehm|    437 Grant Street, 14th Floor|    Pittsburgh, PA 15219-6101| ||
16-20673-JAD|Centers for Rehab Services |PO Box 536213|Pittsburgh, PA 15253-5904| |||
16-20673-JAD|Department of Education/Nelnet |3015 Parker Road, Suite 400|Aurora, CO 80014-2904| |||
16-20673-JAD|Dr. Anne Chen |2715 Brownsville Road|Pittsburgh, PA 15227-2047| |||
16-20673-JAD|Duquesne Light Company |c/o Peter J. Ashcroft,|Bernstein-Burkley, P.C.,|707 Grant St., Suite 2200, Gulf Tower,|Pittsburgh, PA 15219-1945| |
16-20673-JAD|ECMC |PO BOX 16408|St Paul, MN 55116-0408| |||
16-20673-JAD|M&T BANK|LEGAL DOCUMENT PROCESSING|626 COMMERCE DRIVE|AMHERST NY 14228-2307|||preferred
16-20673-JAD|MTGLQ Investors, LP |c/o Rushmore Loan Management Services|P.O. Box 52708|Irvine, CA 92619-2708| ||
16-20673-JAD|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721|||
16-20673-JAD|PORTFOLIO RECOVERY ASSOCIATES LLC|PO BOX 41067|NORFOLK VA 23541-1067||||preferred
16-20673-JAD|The CBE Group |1309 Technology Parkway|Cedar Falls, IA 50613-6976| |||
16-20673-JAD|U.S. Department of Education C/O Nelnet |121 South 13th St, Suite 201|Lincoln, NE 68508-1911| |||
16-20673-JAD|Verizon Wireless |POB 25505|Lehigh Valley, PA 18002-5505| |||
16-20673-JAD|Weltman, Weinberg & Reis |Koppers Building|436 Seventh Avenue, Ste 2500|Pittsburgh, PA 15219-1842|
16-20673-JAD|Amy Jo Daffern |122 Giffin Avenue|Pittsburgh, PA 15210-2359||||
16-20673-JAD|Michael R. Daffern |122 Giffin Avenue|Pittsburgh, PA 15210-2359||||
16-20673-JAD|Ronda J. Winnecour |Suite 3250, USX Tower|600 Grant Street|Pittsburgh, PA 15219-2702|||