IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 16-20673-JAD |
| Michael R. Daffern | |
| Amy Jo Daffern, | Chapter 13 |
| Debtor(s). | |
| | Related to Doc. No. 98 |
| Amy Jo Daffern, | |
| Movant(s), | |
| v. | |
| Pittsburgh School District, | Document No. WO-2 |
| Respondent. | |

## ORDER OF COURT

AND NOW, to-wit this <u>31st</u> day of <u>October</u>, 2019, it is hereby ORDERED, ADJUDGED and DECREED that the above-named Debtor having filed a Chapter 13 petition order this Court, the entity from whom the Debtor receives income:

> Pittsburgh School District
> Attn: Payroll/Garnishments
> 314 S. Bellefield Avenue
> Pittsburgh, PA 15213

deduct from said income the sum of **$904.00 semi-monthly** beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums on at least a monthly basis to:

> Ronda J. Winnecour
> Chapter 13 Trustee, W.D. PA
> P.O. Box 84051
> Chicago, IL 60689-4002

IT IS FURTHER ORDERED that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

      IT IS FURTHER ORDERED THAT NO DEDUCTIONS FOR ACCOUNT OF ANY GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF SAID DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS ORDERED BY ANY OTHER COURT.

      IT IS FURTHER ORDERED that this order supercedes previous orders made to the subject entity in this case.

      IT IS FURTHER ORDERED that the entity from whom the Debtor receives income shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to the Court.

FURTHER ORDERED:

      IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.

      Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

_/s/ Jeffery A. Deller_   mas
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
   Michael R. and Amy Jo Daffern
   Matthew M. Herron, Esquire
   Pittsburgh School District
   Ronda J. Winnecour, Esquire
   Office of United States Trustee

FILED
10/31/19 2:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-20673-JAD
Michael R. Daffern                                              Chapter 13
Amy Jo Daffern
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: msch                 Page 1 of 1            Date Rcvd: Oct 31, 2019
                               Form ID: pdf900            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2019.
```
db/jdb        +Michael R. Daffern,    Amy Jo Daffern,    122 Giffin Avenue,    Pittsburgh, PA 15210-2359
              +School District of Pittsburgh,    Attn: Payroll/Garnishments,    314 S. Bellefield Avenue,
                Pittsburgh, PA 15260
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              School District of The City of Pgh.
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    M&T Bank andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Bank bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Danielle Boyle-Ebersole    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    School District of The City of Pgh. jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Mt. Oliver jhunt@grblaw.com,
               cnoroski@grblaw.com
              Matthew M. Herron    on behalf of Joint Debtor Amy Jo  Daffern mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Debtor Michael R. Daffern mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors at Quatrini Rafferty
               mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 13
```