**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/4/21 2:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  MICHAEL R. DAFFERN<br>AMY JO DAFFERN<br>        Debtor(s)<br> Ronda J. Winnecour, Trustee<br>  Movant<br>    vs.<br>  MICHAEL R. DAFFERN<br>AMY JO DAFFERN<br><br>       Respondents | Case No. 16-20673-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 106 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this <u>4th</u> day of <u>February</u>, 2021, it is hereby ORDERED, ADJUDGED and DECREED that,

Pittsburgh School District
Attn: Payroll Manager
341 S Bellefield Avenue
Pittsburgh, PA 15213

is hereby ordered to immediately terminate the attachment of the wages of AMY JO DAFFERN, social security number XXX-XX-4905. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of AMY JO DAFFERN.

BY THE COURT:

_____
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20673-JAD |
| Michael R. Daffern | Chapter 13 |
| Amy Jo Daffern | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 1 of 2 |
| Date Rcvd: Feb 04, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael R. Daffern, 122 Giffin Avenue, Pittsburgh, PA 15210-2359 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| | + | Pittsburgh School District, Attn: HR / Payroll Dept., 341 S. Bellefield Avenue, Pittsburgh, PA 15213-3552 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 06, 2021           Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor M&T Bank andygornall@latouflawfirm.com |
| Brett A. Solomon | on behalf of Creditor Ally Bank brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor MTGLQ Investors LP c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com |
| Jeffrey R. Hunt | |

| District/off: 0315-2 | User: msch | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 04, 2021 | Form ID: pdf900 | Total Noticed: 3 |

|  |  |
|---|---|
| | on behalf of Creditor School District of The City of Pgh. jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Borough of Mt. Oliver jhunt@grblaw.com  cnoroski@grblaw.com |
| Matthew M. Herron | |
| | on behalf of Joint Debtor Amy Jo Daffern mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | |
| | on behalf of Debtor Michael R. Daffern mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | |
| | on behalf of Attorney The Debt Doctors at Quatrini Rafferty mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | |
| | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | |
| | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 13