IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
    Michael R. Daffern and
    Amy Jo Daffern,
        Debtors.

Michael R. Daffern and
Amy Jo Daffern,
        Movants,

    v.

No Respondents.

Bankruptcy No.: 16-20673-JAD

Chapter 13

## DEBTORS CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay a Domestic Support Obligation.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On November 4, 2020 at docket number 102, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

_____
Michael R. Daffern, Debtor

_____
Amy Jo Daffern, Joint-Debtor

RESPECTFULLY SUBMITTED,
THE DEBT DOCTORS, LLC

By:   /s/Matthew M. Herron_____
Matthew M. Herron
607 College Avenue, Suite 101
Pittsburgh, PA 15232
mmh@thedebtdoctors.com
412-395-6001
PA I.D. No. 88927

PAWB Local Form 24 (07/13)