Form 408

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Michael R. Daffern**
**Amy Jo Daffern**
　　Debtor(s)

Bankruptcy Case No.: 16−20673−JAD
Related To ECF No. 111
Chapter: 13
Docket No.: 113 − 111

**ORDER SETTING DATE CERTAIN**
**FOR RESPONSE AND HEARING ON MOTION**

　　**AND NOW,** this The 30th of March, 2021, a Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disbursements (No Discharge) having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

　　**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/30/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/12/21 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/30/21.**

　　　　　　　　　　　　　　　　　　　　　　　　　　Jeffery A. Deller
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael R. Daffern  
Amy Jo Daffern  
    Debtors

Case No. 16-20673-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 1 of 3 |
| Date Rcvd: Mar 30, 2021 | Form ID: 408 | Total Noticed: 22 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael R. Daffern, Amy Jo Daffern, 122 Giffin Avenue, Pittsburgh, PA 15210-2359 |
| aty | + | The Debt Doctors at Quatrini Rafferty, 941 Penn Avenue, Suite 101, Pittsburgh, PA 15222-3843 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | Ally Bank, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| 14200553 | | AES, PO BOX 2461, Harrisburg, PA 17105-2461 |
| 14236160 | + | Borough of Mt. Oliver, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14236162 | + | Borough of Mt. Oliver/SD of the City of Pittsburgh, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14187875 | | Centers for Rehab Services, PO Box 536213, Pittsburgh, PA 15253-5904 |
| 14200557 | + | Dr. Anne Chen, 2715 Brownsville Road, Pittsburgh, PA 15227-2047 |
| 14217413 | | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14261062 | + | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14200561 | + | Weltman, Weinberg & Reis, Koppers Building, 436 Seventh Avenue, Ste 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 31 2021 02:59:08 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14200554 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 31 2021 03:29:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14200556 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 31 2021 03:30:00 | Department of Education/Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 14258887 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 31 2021 03:31:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14202179 | | Email/Text: camanagement@mtb.com | Mar 31 2021 03:29:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14200558 | | Email/Text: camanagement@mtb.com | Mar 31 2021 03:29:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 14413149 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 31 2021 02:40:16 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14200559 | + | Email/Text: bankruptcynotices@cbecompanies.com | Mar 31 2021 03:31:00 | The CBE Group, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 14209102 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 31 2021 03:30:00 | U.S. Department of Education C/O Nelnet, 121 South 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 14200560 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 31 2021 03:28:00 | Verizon Wireless, POB 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 10

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 2 of 3 |
| Date Rcvd: Mar 30, 2021 | Form ID: 408 | Total Noticed: 22 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Mt. Oliver |
| cr | | Duquesne Light Company |
| cr | | M&T Bank |
| cr | | MTGLQ Investors, LP c/o Rushmore Loan Management S |
| cr | | School District of The City of Pgh. |
| 14200555 | * | Centers for Rehab Services, PO Box 536213, Pittsburgh, PA 15253-5904 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2021 at the address(es) listed below:

**Name**          **Email Address**

Andrew F Gornall
on behalf of Creditor M&T Bank andygornall@latouflawfirm.com

Brett A. Solomon
on behalf of Creditor Ally Bank brett.solomon@solomon-legal.com

Brian Nicholas
on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com

Danielle Boyle-Ebersole
on behalf of Creditor MTGLQ Investors  LP c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com

Jeffrey R. Hunt
on behalf of Creditor School District of The City of Pgh. jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Borough of Mt. Oliver jhunt@grblaw.com  cnoroski@grblaw.com

Matthew M. Herron
on behalf of Attorney The Debt Doctors at Quatrini Rafferty mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
on behalf of Joint Debtor Amy Jo Daffern mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
on behalf of Debtor Michael R. Daffern mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com

District/off: 0315-2 | User: msch | Page 3 of 3
Date Rcvd: Mar 30, 2021 | Form ID: 408 | Total Noticed: 22

Ronda J. Winnecour    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

cmecf@chapter13trusteewdpa.com

TOTAL: 13