**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL R. DAFFERN<br>AMY JO DAFFERN<br>　　　　Debtor(s)<br>Ronda J. Winnecour<br>　　　Movant<br>　　　vs.<br>MICHAEL R. DAFFERN<br>AMY JO DAFFERN | Case No.:16-20673 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR COMPLETION OF CASE AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS (NO DISCHARGE)**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of the payments to creditors and the claims filed in this Chapter 13 Case. The Trustee now recommends that the Court   treat thisChapter 13 case as complete.

3. Attached hereto for approval, please find the **Trustee's Report of Receipts and Disbursements** inthis case.

4. As a result of a prior bankruptcy discharge received by the debtor(s) within the statutory time period   prior to the commencement of this case, the Trustee avers that the debtor(s) is (are) not entitled to a   discharge in this case.

5. After all distribution checks have been negotiated or funds deposited into the Court's registry, the  Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and   Account** (the "Final Report").     Upon submission of the Final Report, the Trustee asks the Court to  discharge her from her duties in this case and close this case.

WHERFORE, the Trustee respectfully requests that the Court,
　　(a) Approve the Trustee's Report of Receipts and Disbursements,
　　(b) Revest property of the estate with the debtor(s),
　　(c) Terminate wage attachments, and
　　(d) Enter a final decree and close this case.

| | |
|---|---|
| March 26, 2021 | /s/   Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 02/29/2016 and confirmed on 5/6/16 . The case was subsequently      Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 101,386.11 |
| Less Refunds to Debtor | 4,396.88 | |
| TOTAL AMOUNT OF PLAN FUND | | 96,989.23 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,762.60 | |
|   Trustee Fee | 4,614.74 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,377.34 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 41,741.76 | 0.00 | 41,741.76 |
|     Acct: 6863 | | | | |
|   M & T BANK | 13,525.83 | 13,525.83 | 0.00 | 13,525.83 |
|     Acct: 6863 | | | | |
|   MT OLIVER BORO (SWG) | 54.27 | 54.27 | 19.88 | 74.15 |
|     Acct: G144 | | | | |
|   MT OLIVER BORO (SWG) | 7.22 | 7.22 | 0.00 | 7.22 |
|     Acct: G144 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 17,123.47 | 17,123.47 | 2,483.78 | 19,607.25 |
|     Acct: 0000 | | | | |
|   MTGLQ INVESTORS LP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2379 | | | | |
| | | | | 74,956.21 |
| **Priority** | | | | |
|   MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL R. DAFFERN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL R. DAFFERN | 1,808.00 | 1,808.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL R. DAFFERN | 2,588.88 | 2,588.88 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS AT QUATRINI RAFF | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS AT QUATRINI RAFF | 1,633.80 | 1,633.80 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX1-16 | | | | |
|   THE DEBT DOCTORS LLC | 2,128.80 | 2,128.80 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX6-18 | | | | |
|   PITTSBURGH SD & MT OLIVER BOROUGH | 2,968.93 | 2,968.93 | 0.00 | 2,968.93 |
|     Acct: 1226 | | | | |
|   M & T BANK | 250.00 | 250.00 | 0.00 | 250.00 |
|     Acct: 6863 | | | | |
|   AMERICAN CREDIT ACCEPTANCE LLC | 0.00 | 8,068.03 | 0.00 | 8,068.03 |
|     Acct: 6816 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| | | | | | 11,286.96 |
| Unsecured | | | | | |
| | DUQUESNE LIGHT COMPANY* | 368.72 | 368.72 | 0.00 | 368.72 |
| | Acct: 9100 | | | | |
| | USB ELT BELA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4905 | | | | |
| | CENTER FOR REHAB SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7716 | | | | |
| | US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4905 | | | | |
| | DR ANNE CHEN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2364 | | | | |
| | BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 368.72 |

TOTAL PAID TO CREDITORS                                                86,611.89

TOTAL
CLAIMED       3,218.93
PRIORITY     30,710.79
SECURED         368.72

Date: 03/26/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MICHAEL R. DAFFERN
    AMY JO DAFFERN
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-20673 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael R. Daffern  
Amy Jo Daffern  
    Debtors

Case No. 16-20673-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 1 of 3 |
| Date Rcvd: Mar 30, 2021 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael R. Daffern, Amy Jo Daffern, 122 Giffin Avenue, Pittsburgh, PA 15210-2359 |
| aty | + | The Debt Doctors at Quatrini Rafferty, 941 Penn Avenue, Suite 101, Pittsburgh, PA 15222-3843 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | Ally Bank, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| 14200553 | | AES, PO BOX 2461, Harrisburg, PA 17105-2461 |
| 14236160 | + | Borough of Mt. Oliver, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14236162 | + | Borough of Mt. Oliver/SD of the City of Pittsburgh, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14187875 | | Centers for Rehab Services, PO Box 536213, Pittsburgh, PA 15253-5904 |
| 14200557 | + | Dr. Anne Chen, 2715 Brownsville Road, Pittsburgh, PA 15227-2047 |
| 14217413 | | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14261062 | + | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14200561 | + | Weltman, Weinberg & Reis, Koppers Building, 436 Seventh Avenue, Ste 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 31 2021 02:59:08 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14200554 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 31 2021 03:29:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14200556 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 31 2021 03:30:00 | Department of Education/Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 14258887 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 31 2021 03:31:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14202179 | | Email/Text: camanagement@mtb.com | Mar 31 2021 03:29:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14200558 | | Email/Text: camanagement@mtb.com | Mar 31 2021 03:29:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 14413149 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 31 2021 02:49:10 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14200559 | + | Email/Text: bankruptcynotices@cbecompanies.com | Mar 31 2021 03:31:00 | The CBE Group, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 14209102 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 31 2021 03:30:00 | U.S. Department of Education C/O Nelnet, 121 South 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 14200560 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 31 2021 03:28:00 | Verizon Wireless, POB 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Mt. Oliver |
| cr | | Duquesne Light Company |
| cr | | M&T Bank |
| cr | | MTGLQ Investors, LP c/o Rushmore Loan Management S |
| cr | | School District of The City of Pgh. |
| 14200555 | * | Centers for Rehab Services, PO Box 536213, Pittsburgh, PA 15253-5904 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2021              Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:

**Name**          **Email Address**

Andrew F Gornall
   on behalf of Creditor M&T Bank andygornall@latouflawfirm.com

Brett A. Solomon
   on behalf of Creditor Ally Bank brett.solomon@solomon-legal.com

Brian Nicholas
   on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com

Danielle Boyle-Ebersole
   on behalf of Creditor MTGLQ Investors  LP c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com

Jeffrey R. Hunt
   on behalf of Creditor School District of The City of Pgh. jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
   on behalf of Creditor Borough of Mt. Oliver jhunt@grblaw.com  cnoroski@grblaw.com

Matthew M. Herron
   on behalf of Attorney The Debt Doctors at Quatrini Rafferty mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
   on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
   on behalf of Joint Debtor Amy Jo Daffern mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
   on behalf of Debtor Michael R. Daffern mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
   on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com

District/off: 0315-2     User: msch     Page 3 of 3
Date Rcvd: Mar 30, 2021     Form ID: pdf900     Total Noticed: 22

Ronda J. Winnecour     ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
    cmecf@chapter13trusteewdpa.com

TOTAL: 13