**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/12/21 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    MICHAEL R. DAFFERN
    AMY JO DAFFERN
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No. 16-20673-JAD

Chapter 13

Related To ECF No. 111

**ORDER OF COURT**

AND NOW, this 12th day of May, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disbursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

(1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2) The debtor(s) **shall not** receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-20673-JAD
Michael R. Daffern  Chapter 13
Amy Jo Daffern
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: msch    Page 1 of 3
Date Rcvd: May 12, 2021    Form ID: pdf900    Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael R. Daffern, Amy Jo Daffern, 122 Giffin Avenue, Pittsburgh, PA 15210-2359 |
| aty | + | The Debt Doctors at Quatrini Rafferty, 941 Penn Avenue, Suite 101, Pittsburgh, PA 15222-3843 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | Ally Bank, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| 14200553 | | AES, PO BOX 2461, Harrisburg, PA 17105-2461 |
| 14236160 | + | Borough of Mt. Oliver, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14236162 | + | Borough of Mt. Oliver/SD of the City of Pittsburgh, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14187875 | | Centers for Rehab Services, PO Box 536213, Pittsburgh, PA 15253-5904 |
| 14200557 | + | Dr. Anne Chen, 2715 Brownsville Road, Pittsburgh, PA 15227-2047 |
| 14217413 | | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14261062 | + | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14200561 | + | Weltman, Weinberg & Reis, Koppers Building, 436 Seventh Avenue, Ste 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2021 01:58:07 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14200554 | + | Email/Text: ally@ebn.phinsolutions.com | May 13 2021 01:38:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14200556 | + | Email/Text: electronicbkydocs@nelnet.net | May 13 2021 01:40:00 | Department of Education/Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 14258887 | + | Email/Text: kburkley@bernsteinlaw.com | May 13 2021 01:40:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14202179 | | Email/Text: camanagement@mtb.com | May 13 2021 01:38:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14200558 | | Email/Text: camanagement@mtb.com | May 13 2021 01:38:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 14413149 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2021 02:03:20 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14200559 | + | Email/Text: bankruptcynotices@cbecompanies.com | May 13 2021 01:40:00 | The CBE Group, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 14209102 | + | Email/Text: electronicbkydocs@nelnet.net | May 13 2021 01:40:00 | U.S. Department of Education C/O Nelnet, 121 South 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 14200560 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 13 2021 01:37:00 | Verizon Wireless, POB 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Mt. Oliver |
| cr | | Duquesne Light Company |
| cr | | M&T Bank |
| cr | | MTGLQ Investors, LP c/o Rushmore Loan Management S |
| cr | | School District of The City of Pgh. |
| 14200555 | * | Centers for Rehab Services, PO Box 536213, Pittsburgh, PA 15253-5904 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor M&T Bank andygornall@latouflawfirm.com |
| Brett A. Solomon | on behalf of Creditor Ally Bank brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor MTGLQ Investors  LP c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com |
| Jeffrey R. Hunt | on behalf of Creditor School District of The City of Pgh. jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Mt. Oliver jhunt@grblaw.com  cnoroski@grblaw.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors at Quatrini Rafferty mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Joint Debtor Amy Jo Daffern mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Michael R. Daffern mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |

District/off: 0315-2 | User: msch | Page 3 of 3
Date Rcvd: May 12, 2021 | Form ID: pdf900 | Total Noticed: 22

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com

TOTAL: 13